83,067-01

March 19, 2015

**Mr. Abel Acosta, Clerk**
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

Re:    *Ex parte Jose Luis Bazan*, Case No. 1250348 (In the 248th Judicial District Court of Harris County, Texas).

> ➤ Motion for Leave to file Original Application for Writ of Mandamus

Dear Clerk:

Enclosed please find the original copy of Applicant Bazan's Motion for Leave to File His Original Application for Writ of Mandamus, to be filed among the papers in the above-styled and numbered cause.

Thank you for your kind attention to this matter.

Sincerely,

Jose L. Bazan, Applicant, Pro-se
TDCJ-CID#01700615
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

Enclosure

Cc:    File

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| JOSE BAZAN, | § | IN |
| TDCJ-CID#01700615, Relator, Pro se, | § | |
| | § | THE |
| v. | § | |
| | § | COURT OF CRIMINAL APPEALS |
| THE HONRABLE KATHERINE, | § | |
| CABINISS ACTING IN HER OFFICIAL | § | AUSTIN, TEXAS |
| CAPACITY AS JUDGE OF THE | § | |
| 248TH JUDICIAL DISTRICT COURT | § | |
| OF HARRIS COUNTY TEXAS, | § | |
| Respondent | § | |

**APPLICANT BAZAN'S MOTION FOR LEAVE TO FILE ORIGINAL WRIT OF MANDAMUS WITH BRIEF IN SUPPORT**

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW, Jose Bazan, Relator, *pro se*, in the above-styled and numbered cause and files this, his Motion for Leave of the Court to File His Original Application for Writ of Mandamus, as he has no other relief available by law and would respectfully show the Court as follows:

**I.**

**Relator**

1. Jose Bazan, TDCJ-CID#01700615, is an offender incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division ("TDCJ-CID"), is appearing *pro se*, and can be located at: Jose Bazan, TDCJ-CID#01700615, Wynne Unit, 810 FM 2821, Huntsville, Texas, 77349.

2. Relator has exhausted all his remedies and has no other adequate remedy at law.

3. Relator filed his original Application for Writ of Habeas Corpus with the Harris County District Clerk on or about June 23, 2014, clerk of the convicting court in Case Number 1250348-A. The trial court originally designated ineffective assistance of trial counsel as a previously uncontroverted issue on July 14, 2014, and subsequently ordered trial counsel to file an affidavit in response to the ineffective assistance of counsel allegations contained in the instant habeas corpus application on November 13, 2014, ordering the clerk of the court not to transmit the Relator's application to this Court until after the attorney had filed the requisite affidavit. However, to date, said attorney has not filed the affidavit in question and the trial court refuses to act.

4. The act sought to be compelled is ministerial, not discretionary in nature. The Texas Code of Criminal Procedure, Art. 11.07 Section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made and transmitted to the Court of Criminal Appeals. Had Respondent directed such documents be transmitted to the Court of Criminal Appeals as required statute, Relator would have received notice from this Court. Petitioner avers that while the trial court did in fact designate issues requiring resolution, the writ of habeas corpus application has been pending in the trial court for approximately nine 99) months with no relief in sight, which is inherently unreasonable.

## II.

## RESPONDENT

5. Respondent, the Honorable Katherine Cabaniss, acting in her official capacity as Judge of the 248th Judicial District Court of Harris County, Texas, has a ministerial duty to resolve issues he designates as requiring resolution by all customary means in a timely manner, as the *Great Writ* is one of expediency so as to avoid innocent citizens from languishing in prison needlessly. Judge Katherine Cabaniss, presiding judge of the 248th Judicial District Court of Harris County, Texas, may be served at her place of business at:

**Judge Katherine Cabaniss**, presiding Judge of the 263rd Judicial District Court of Harris County, Texas, Harris County Criminal Justice Center, 1201 Franklin, 15th Floor, Houston, Texas, 77002.[1]

## III.

### Violation of Article 11.07 of the Texas Code of Criminal Procedure

3. The Respondent violated Article 11 07 Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

4. Numerous requests for the transmittal of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding were made have gone unanswered. Applicant/Relator made requests in *Ex parte Jose Bazan,* No.

---

[1] (emphasis added).

1250348-A, to the Honorable Katherine Cabaniss, Presiding Judge of the 248th Judicial District Court of Harris County, Texas, and to Chris Daniel, Harris County District Clerk, by first-class mail requesting compliance with the statutory provisions to no avail.

5. To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

6. As is clear from the record before the Court, Relator has repeatedly put Respondent on notice that Relator seeks the copy of the application for writ of habeas corpus, any answers filed, and reciting the date upon which that finding was made to the Court of Criminal and that such records are required by the Court of Criminal Appeals to act on Relator's writ of habeas corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07 Section 3(c), are acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondence and requests.

7. Article 11.07 Section 3(c) clearly was promulgated to ensure the writ be one of expedience, not to be placed on the back burner of the trial court's docket indefinitely.

# IV.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Relator, Jose Bazan, TDCJ-CID#01700615, proceeding in *pro se*, respectfully requests a finding that the Respondent has not resolved the issues designated for resolution or if Respondent has done so, she has wholly failed to direct the clerk of the court to transmit documents to the Court of Criminal Appeals within a reasonable time after the date the issues in question were resolved and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to direct the clerk of the court to transmit a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07, Section 3(c) of the Texas Code of Criminal Procedure.

Respectfully submitted,

Jose Bazan, Relator, Pro 'se
TDCJ-CID#01700615
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

## CERTIFICATE OF SERVICE

I, Jose Bazan, TDCJ-CID#01700615, Relator, *pro se*, herein certify that I have sent a true and correct copy of this instrument to the Respondent, by placing same, in a U.S. mail box, first-class, postage paid, addressed to:

**Judge Katherine Cabaniss**
Presiding Judge, 248th Judicial District Court
Harris County, Texas
P.O. Box 4651
Houston, Texas 77210-4651

**SIGNED** on this the 19th day of March, 2015.

Jose Bazan, Relator, Pro se